TAYLOR V. NEWMAN

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-06-284-CV

LARRY R. TAYLOR APPELLANT

V.

MICHAEL S. NEWMAN APPELLEE

------------

FROM THE 17TH DISTRICT COURT OF TARRANT COUNTY

------------

MEMORANDUM OPINION
(footnote: 1)

------------

Appellant Larry R. Taylor appeals from the trial court’s interlocutory order ordering appellant to prepay trial costs and to replead.  The order is not an appealable interlocutory order.  
See
 
Tex. Civ. Prac. & Rem. Code Ann
. § 51.014 (Vernon Supp. 2006).  Accordingly, we dismiss the appeal for want of jurisdiction.  
See
 
Tex. R. App. P
. 42.3(a), 43.2(f); 
Stary v. DeBord
, 967 S.W.2d 352, 352-53 (Tex. 1998). 

PER CURIAM

PANEL D: LIVINGSTON, DAUPHINOT, and HOLMAN, JJ.

DELIVERED: September 21, 2006

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.